JUDGE KAPLAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA : INDICTMENT

    - v. -

ELIZABETH THEVENOT, : 07 Cr.

    Defendant. :

07CRIM. 655

- - - - - - - - - - - - - - - - - -x

### COUNT ONE

The Grand Jury charges:

1. From in or about April 2003, through in or about October 2006, in the Southern District of New York and elsewhere, ELIZABETH THEVENOT, the defendant, unlawfully, willfully and knowingly, did embezzle, steal, purloin, and convert to her own use vouchers, money and things of value of the United States and a department and agency thereof, to wit, the United States Department of Housing and Urban Development ("HUD"), and did receive, conceal, and retain the same with intent to convert it to her own use and gain, knowing it to have been embezzled, stolen, purloined and converted, the value of which exceeded $1,000, to wit, THEVENOT received federal housing subsidies, to which she was not entitled, through fraud and deceit.

(Title 18, United States Code, Section 641.)

/s/ FOREPERSON

/s/ MICHAEL J. GARCIA
United States Attorney



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

ELIZABETH THEVENOT,

Defendant.

INDICTMENT

07 Cr.

(18 U.S.C. § 641)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

Foreperson.

Post 11-1-87
7/18/07
Filed Ind.
Ellis J.