

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 10, 2007

**BY HAND**

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

RECEIVED
SEP 12 2007
JUDGE KAPLAN'S CHAMBERS

Re:   United States v. Elizabeth Thevenot,
      07 Cr. 655 (LAK)

Dear Judge Kaplan:

    Defense counsel in the above-entitled matter, Gary Maitland, Esq., informed the Government on Friday last week that his client was ready to enter a guilty plea. Your Deputy informed the parties today that Your Honor has referred the plea to be taken in Magistrate Court. The plea is now scheduled for September 25, 2007, at 10:30 a.m. before Magistrate Judge Theodore H. Katz.

    The Government respectfully requests that the Court exclude time from today until September 25, 2007, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance will allow the parties to complete the disposition of this case.

*Granted. The Court so finds.*

SO ORDERED

LEWIS A. KAPLAN, USDJ

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/12/07

The Honorable Lewis A. Kaplan
September 10, 2007
Page 2

      I spoke with Mr. Maitland today about this request. He consents to the Government's request for the exclusion of time.

      Respectfully submitted,

      MICHAEL J. GARCIA
      United States Attorney

By: _____
      Chi T. Steve Kwok
      Assistant U.S. Attorney
      (212) 637-2415

cc:    Gary Maitland, Esq. (by fax)
       Attorney for Defendant