UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 10/22/07

- - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                    :

       - v. -                              :       ORDER

ELIZABETH THEVENOT,                         :       07 Cr. 655 (LAK)

       Defendant.                           :

- - - - - - - - - - - - - - - - - - - - - - x

WHEREAS, with the defendant's consent, her guilty plea allocution was taken before a United States Magistrate Judge on September 25, 2007;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:    New York, New York
          Oct rv, 2007

THE HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE